DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PAUL J. and ELENA L. RUGGEIRO<br><br>SSN #1 ###-##-8191<br>SSN #2 ###-##-4784<br><br>Debtor(s) | Chapter 13<br>Case No: 04-3-1286 SFM13<br><br>CHAPTER 13 TRUSTEE'S<br>WITHDRAWAL OF OBJECTION<br>TO CONFIRMATION OF PLAN |

David Burchard, Chapter 13 Standing Trustee in the above-entitled matter, hereby withdraws his Objection To Confirmation of Chapter 13 Plan.

DATED: September 7, 2004              _____/s/_____
                                      DAVID BURCHARD
                                      Chapter 13 Standing Trustee
                                      United States Bankruptcy Court
                                      Northern District of California
                                      San Francisco Division

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.  On the date set forth below, I served a true and correct copy of **the Chapter 13 Trustee Withdrawal of Objection to Confirmation of Plan**, and this Certificate of Mailing on the persons below by following our ordinary business practice for mailing, where it is deposited in the ordinary course of business with the U.S. Postal Service by first class mail. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2004                          /s/
                                      _____
                                      TINA MITCHELL

PAUL J. and ELENA L. RUGGEIRO          LAW OFFICES OF STEPHEN
745 NEWPORT CIRCLE                     BENDA
REDWOOD CITY, CA 94065                 750 MENLO  AVENUE SUITE 350
                                       MENLO PARK, CA 94025-4759