LAW OFFICES OF STEPHEN BENDA
Stephen Benda (State Bar No. 126608)
Fred Hjelmeset (State Bar No. 184744)
750 Menlo Avenue, Suite 350
Menlo Park, CA 94025-4759
Telephone: (650) 323-6600
Facsimile: (650) 323-6642

Attorneys for Debtors
Paul J. Ruggeiro and Elena L. Ruggeiro

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PAUL J. RUGGEIRO and<br>ELENA L. RUGGEIRO,<br><br>Debtors. | Chapter 13<br><br>Case No. 04-3-1286 SFM13<br><br>**DECLARATION IN SUPPORT OF MODIFICATION OF CHAPTER 13 PLAN** |

I, Fred Hjelmeset, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and one of the attorneys for Paul J. Ruggeiro and Elena L. Ruggeiro ("Debtors"), the debtors in this Chapter 13 case.

2. This declaration is based on my personal knowledge of the matters stated below. I can competently testify to the facts herein.

3. This declaration is filed in support of Debtors' Application to Modify Chapter 13 Plan ("Application"), served on December 20, 2004 and filed herein on December 22, 2004. True and correct copies of the Application, the Debtors' declaration, the notice of Application, and the proof of service are attached hereto as **Exhibit A**.

4. In their Application, the Debtors seek to modify the duration of their plan from 38 months to 41 months. The reason for the modification is that the Chapter 13 Trustee has informed the Debtors that it will take 41 months to complete the plan as confirmed.

5. More than 23 days have passed since the notice of Application was served on all unsecured creditors. This office has not received any objection to the Application.

6. On January 13, 2005, the Chapter 13 Trustee signed off on the form of order approving the Debtors' Application.

7. The Debtors therefore respectfully request that the Court enter the order approving the modification of their Chapter 13 plan pursuant to their Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 18, 2005                                        / s /  Fred Hjelmeset

LAW OFFICES OF
STEPHEN BENDA
750 Menlo Avenue,
Suite 350, CA
94025
TEL: (650) 323-6600
FAX: (650) 323-6642

Declaration in Support of Modification of Ch. 13 Plan                                   Page 2 of 2

Case: 04-31286   Doc# 64   Filed: 01/18/05   Entered: 01/18/05 10:21:28   Page 2 of 2