LAW OFFICES OF STEPHEN BENDA
Stephen Benda (State Bar No. 126608)
Fred Hjelmeset (State Bar No. 184744)
750 Menlo Avenue, Suite 350
Menlo Park, CA 94025-4759
Telephone: (650) 323-6600
Fax: (650) 323-6642

Attorneys for Debtors
PAUL J. and ELENA L. RUGGEIRO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PAUL J. RUGGEIRO and<br>ELENA L. RUGGEIRO,<br><br>Debtors. | Chapter 13<br><br>Case No. 04-3-1286 SFM13<br><br>**WITHDRAWAL OF DEBTORS' MOTION FOR AWARD OF DAMAGES AGAINST EMC MORTGAGE CORPORATION FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY**<br><br>Date: January 27, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Dennis Montali<br>Place: U.S. Bankruptcy Court, 22nd Floor<br>235 Pine Street<br>San Francisco, CA 94104 |

Debtors Paul J. Ruggeiro and Elena L. Ruggeiro hereby withdraw their Motion for Award of Damages Against EMC Mortgage Corporation for Willful Violations of the Automatic Stay, pending finalization and consummation of the settlement agreement between the parties.

Dated: January 16, 2006

                                                  LAW OFFICES OF STEPHEN BENDA


                                                  /s/ Fred Hjelmeset
                                                  Attorneys for Debtors
                                                  PAUL J. and ELENA L. RUGGEIRO