LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 770-643-4176
1-800-275-7171

February 22, 2007

Clerk, United States Bankruptcy Court
P. O. Box 7341
235 Pine Street
San Francisco, CA  94120-7341

## **<u>REQUEST FOR SERVICE OF NOTICES</u>**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Paul Ruggeiro |
| | Case Number | : | 04-31286 |
| | Chapter | : | 13 |
| | Secured Creditor | : | EMC Mortgage Corporation |
| | Loan Number | : | 0003088267 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

      EMC Mortgage Corporation
      c/o McCALLA RAYMER, LLC
      Bankruptcy Department
      1544 Old Alabama Road
      Roswell, Georgia  30076

     Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                              Very Truly Yours,

                              /s/ Michael J. McCormick

                              Michael J. McCormick, Esquire

cc: David Burchard

File Number EMC-06-08103 /
Request for Service of Notice