# United States Bankruptcy Court
FOR THE
Northern District of California
## TRUSTEE'S FINAL REPORT AND ACCOUNT

IN RE: RUGGEIRO, PAUL J.  
        RUGGEIRO, ELENA L.

CASE NO:  
04-3-1286 SFM13

FOR COMPLETED CASES

    David Burchard, the Chapter 13 Standing Trustee appointed to receive and distribute monies for the above named debtor, now shows to the Court:

    1. The Trustee has received and distributed the monies paid by or for the debtor in accordance with the order of the Court, and has reported the receipts and disbursements, as ordered by the Court.

|  |  | Amount Allowed | Amount Paid |  |
|---|---|---:|---:|---:|
| Claims Filed: | Secured | 12,212.57 | 12,913.94 | |
| | Priority | 5,378.14 | 5,378.14 | |
| | Unsecured | 81,160.19 | 1,520.84 | |
| Amount paid to creditors under case: | | | | 19,812.92 |
| | | | | |
| Trustee Compensation | | | 2,177.08 | |
| Trustee Notice Fees | | | 0.00 | |
| Total Trustee Compensation | | | | 2,177.08 |
| | | | | |
| Debtor's Attorney Fee | | | 2,200.00 | |
| Court Notice Fee | | | 0.00 | |
| Other Expenses | | | 0.00 | |
| Professional Fees and Expenses | | | | 2,200.00 |
| | | | | |
| Debtor Refunds | | | | 0.00 |
| | | | | |
| Total Received and Disbursed | | | | 24,190.00 |

I certify I am the Trustee charged with adminstration of the above referenced case and I have reviewed this Final Report and Account and this case has been administered, as above.

DATED: 04/30/2008

                                              /s/  
                                      David Burchard  
                                      Standing Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the foregoing document by first class U.S. mail, postage prepaid, on the date noted below.

Dated:  05/16/2008  /s/
Cecilia Marcelo
Closed Case Administrator

AMERICAN EXPRESS CENTURION BNK
% BECKET & LEE LLP P O BOX 3001 MALVERN, PA 19355-0701

AMERICAN EXPRESS TRAVEL
% BECKET & LEE LLP P O BOX 3001 MALVERN, PA 19355-0701

AT&T WIRELESS
P.O. BOX 8229 AURORA, IL 60572-8229

BERNARD WILCOSKY MD
700 IRWIN ST #102 SAN RAFAEL, CA 94901

BLAIR CORORATION
% CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS, TX 75374

BLOOMINGDALES
P O BOX 806 MASON, OH 45040

BUCKLEY FIRM APC
26522 LA ALAMEDA #200 MISSION VIEJO, CA 92691

CATHOLIC HEALTHCARE WEST
P O BOX 60000 SAN FRANCISCO, CA 94160

CERIDIAN
C/O BLUE & GOLD FLEET LP P O BOX 193730 SAN FRANCISCO, CA 94119

CHW
P O BOX 60000 SAN FRANCISCO, CA 94160

CIRCUIT CITY
CHASE CARD SERVICES P.O. BOX 100018 KENNESAW, GA 30156-9204

CROSSING POINTE
C/O CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS, TX 75374

DR SILVERMAN
1601 BAYSHORE HWY BURLINGAME, CA 94010

ECAST SETTLEMENT CORPORATION
P O BOX 35480 NEWARK, NJ 07193-5480

ECAST SETTLEMENT CORPORATION
P O BOX 7247-6971 PHILADELPHIA, PA 19170-6971

EMC MORTGAGE CORPORATION
P O BOX 141358 IRVING, TX 75014-1358

EMC MORTGAGE CORPORATION
C/O MCCALLA RAYMER LLC BANKRTUPCY  1544 OLD ALABAMA RD ROSEWELL, GA 30076

EXPRESS
P O BOX 659728 SAN ANTONIO, TX 78265-9728

FNANB
P O BOX 10018 KENNESAW, GA 30156-9204

FRANCHISE TAX BOARD
P O BOX 2952   SACRAMENTO, CA 95812-2952

GAP/MCCBG
P O BOX 530993 ATLANTA, GA 30353-0993

HSBC
HSBC BANK USA P O BOX 37278 BALTIMORE, MD 21297

INTERNAL REVENUE SERVICE
P O BOX 21126 PHILADELPHIA, PA 19114-0326

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the foregoing document by first class U.S. mail, postage prepaid, on the date noted below.

Dated: 05/16/2008                                              /s/
                                                               Cecilia Marcelo
                                                               Closed Case Administrator

LA REDOUTE
P O BOX 659728 SAN ANTONIO, TX 78265-9728

LAW OFFICES OF STEPHEN BENDA
750 MENLO AVENUE SUITE 350 MENLO PARK, CA 94025-4759

LAW OFFICES OF STEPHEN BENDA
750 MENLO AVENUE SUITE 350 MENLO PARK, CA 94025-4759

MACYS
1345 S 2ND ST TEMPE, AZ 85281

NEIMAN MARCUS
% CREDITORS BANKRUPTCY SERVICES P O BOX 740933 DALLAS, TX 75374

NORDSTROM FSB
ATTN; PAYMENT PROCESSING P O BOX 13599 SCOTTSDALE, AZ 85267-3599

OLD NAVY/MCCBG
P O BOX 530993 ATLANTA, GA 30353-0993

PAC
200 REDWOOD SHORES PKWY REDWOOD CITY, CA 94065

PACIFIC MEDICAL INC
P O BOX 697 PLEASANTON, CA 94566-0866

PAUL J. & ELENA L. RUGGEIRO
745 NEWPORT CIRCLE REDWOOD CITY, CA 94065

Q CARD
P O BOX 60107 CITY OF INDUSTRY, CA 91716

REDWOOD CITY MRI
26250 ENTERPRISE CT #200 LAKE FOREST, CA 92630

REDWOOD PLUMBING CO
1590 TACOMA WAY P O BOX 5128 REDWOOD CITY, CA 94063

ROCKY DHALIWAL DMD
278 REDWOOD SHORES PKWY REDWOOD CITY, CA 94065-1173

SAN MATEO COUNTY
LEE BUFFINGTON TAX COLLECTOR 555 COUNTY CENTER 1RST FLOOR REDWOOD CITY, CA 94063-0963

SEQUOIA HEALTH
20819 72ND AVENUE #305 KENT, WA 98032

SEQUOIA HEALTH SERVICES
P O BOX 60000 SAN FRANCISCO, CA 94160-2997

SEVERSON & WERSON
A PROFESSIONAL CORPORATION ONE EMBARCADERO CENTER,STE2600 SAN FRANCISCO, CA 94111

SF POLICE CREDIT UNION
2550 IRVING ST P O BOX 22219 SAN FRANCISCO, CA 94122

SHERMAN ACQUISITION
DBA RESURGENT CAPITAL P O BOX 10587 GREENVILLE, SC 29603-0587

SHOPPERS CHARGE ACCOUNTS
P O BOX 740933 DALLAS, TX 75374

SKATEWORKS
13090-A PINE STREET BOULDER CREEK, CA 95006

TARGET NATIONAL BANK
C/O WEINSTEIN & RILEY PS 2001 WESTERM AVENUE STE 400 SEATTLE, WA 98121

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the foregoing document by first class U.S. mail, postage prepaid, on the date noted below.

Dated: 05/16/2008

/s/
Cecilia Marcelo
Closed Case Administrator

THE BUCKLEY FIRM
26522 LA ALAMEDA STE 200 MISSION VIEJO, CA 92691

VICTORIA'S SECRET
P O BOX 182128 COLUMBUS, OH 43218-2128

WELLS FARGO BANK N A
WELLS FARGO CARD SERVICES P O BOX 9210 DES MOINES, IA 50306-9210

WELLS FARGO BANK NEVADA NA
7000 VISTA DR MAC#N8235-049 WEST DES MOINES, IA 50266

WELLS FARGO FINANCIAL CALIF., INC
4137 121ST STREET URBANDALE, IA 50323