0050-1B-EPIR1B-xxxxxxxx-80392

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA  94404
(650) 345-7801    FAX (650) 345-1514

**Entered on Docket
June 24, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: June 23, 2008

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| **Case Number:** <br> 04-3-1286 SFM13 | U. S. Bankruptcy Court <br> Northern District of California <br> San Francisco / Santa Rosa Divisions <br> **Order Discharging Trustee and Final Decree** |
| **In Re:** <br> PAUL J RUGGEIRO <br> ELENA L RUGGEIRO | Soc. Sec./Tax ID Nos:    Address of Debtor <br> XXX-XX-8191                745 NEWPORT CIRCLE <br> XXX-XX-4784                REDWOOD CITY, CA 94065 |

The plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered, it is ordered as follows:

1. The final account of David Burchard, Chapter 13 Standing Trustee is approved. He is discharged as trustee after having fully performed his duties.

2. This Chapter 13 case is closed.

** END OF ORDER**

## COURT SERVICE LIST

United States Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

David Burchard
Chapter 13 Standing Trustee
P.O. Box 8059
Foster City, CA 94404

LAW OFFICES OF STEPHEN BENDA
750 MENLO AVENUE SUITE 350
MENLO PARK, CA 94025-4759


PAUL J. & ELENA L. RUGGEIRO
745 NEWPORT CIRCLE
REDWOOD CITY, CA 94065